Court of Criminal Appeals of Texas
P.O. Box 12308 / Capitol Station
Austin, Texas 78711

31 March 2015  82,659-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

VIA U.S. MAIL

RE: Tr. Court No. 1286429
WR-82 659-01

William Thomas Hickman
TDCJ ID No. 1898714
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Tx 78542

Greetings:

Honorable Abel Acosta, clerk,

I am in receipt of a white card from your office dated 2-4-2015. What I am requesting if indeed a courts opinion can be furnished in the above captioned case number. Writ of Mandamus.

THANK you
William Hickman

cc: file

Page 1 of 1